Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
JUAN GONZALEZ

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>JUAN GONZALEZ,<br><br>       Defendant | Case No.: CR 21-311 YGR<br><br>UNOPPOSED MOTION AND [PROPOSED] ORDER TO CONTINUE DATE FOR SELF SURRENDER |

     Defendant Juan Gonzalez respectfully requests that the date by which he must surrender to begin serving his sentence be extended from February 14, 2024 to April 3, 2024. Mr. Gonzalez is requesting the additional time to work and save money to pay his portion of his rent and other costs (including care of his pets) while he is in custody so that he can return to his residence when he completes his sentence. Given that he works in construction, the winter has been slow.

     Undersigned defense counsel has conferred with counsel for the government, who does not object to this request. Undersigned counsel has also confirmed that Mr. Gonzalez's Pretrial Services Officer does not object to this request; she further confirmed that Mr. Gonzalez is in full compliance with his conditions of release.

//

Dated: January 23, 2024

Respectfully Submitted:

Law Office of Adam Pennella

_____/s/_____
Adam Pennella
Counsel for Juan Gonzalez

[~~PROPOSED~~] ORDER

Good cause having been shown, it is hereby ORDERED that defendant Juan Gonzalez shall surrender for service of sentence at the institution designated by the Bureau of Prisons on April 3, 2024 (no later than 2:00 p.m.).

**SO ORDERED.**

Dated:   January 24, 2024

Honorable Yvonne Gonzalez Rogers
United States District Court Judge