Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
JUAN GONZALEZ

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   vs.<br><br>JUAN GONZALEZ,<br><br>     Defendant | Case No.: CR 21-311 YGR<br><br>STIPULATION AND ORDER TO CONTINUE BAIL REVOCATION/ BOND HEARING (AS MODIFIED) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Juan Gonzalez that the bail revocation/bond hearing, which is currently scheduled for March 11, 2024, be continued to March 12, 2024 at 10:30 a.m. The reason for the request is because counsel for the parties have conflicts on the currently scheduled date.

**SO STIPULATED.**

Dated: March 7, 2024                                    Law Office of Adam Pennella


                                                        _____/s/_____
                                                        Adam Pennella
                                                        Counsel for Juan Gonzalez

Martha Boersch
Chief, Criminal Division
United States Attorney

Dated: March 7, 2024

_____/s/_____
Mari Overbeck
Assistant United States Attorney

**SO ORDERED.**

Dated:  March 8, 2024



Honorable Donna M. Ryu
Chief Magistrate Court Judge
Northern District of California